BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>FREDDY VISCARRA and<br>VERONICA VISCARRA,<br><br>    Respondents.<br>_____ | Case No. 1:11-cv-01969-AWI-BAM<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>**TAXPAYERS:**<br>FREDDY VISCARRA and<br>VERONICA VISCARRA |

    The United States here petitions for enforcement of I.R.S. summonses issued by investigating Revenue Officer David M. Lopez. The matter was placed before United States Magistrate Judge Barbara A. McAuliffe under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302. On December 1, 2011, Judge McAuliffe issued an Order to Show Cause, ordering respondents, Freddy Viscarra and Veronica Viscarra, to show cause why the I.R.S. summonses issued to them on July 12, 2011, should not be enforced.

    The Petition, Points and Authorities, and Order to Show Cause were served upon the respondents' resident landlord, who was the mother of one respondent and who promised prompt personal delivery to both respondents. They also were served by

[PROPOSED] ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONSES

1  ordinary mail.  Petitioner filed a motion for approval of that method of service.
2  Respondents did not oppose the motion.
3      Respondents also failed to file an opposition to enforcement under the third
4  paragraph on page 2 of the Order to Show Cause.  They then failed to appear for the
5  show-cause hearing before Judge McAuliffe on January 13, 2012.
6      On January 20, 2012, Judge McAuliffe filed Findings and Recommendations,
7  finding that the requirements for summons enforcement had been satisfied.  Judge
8  McAuliffe also found that the method of service adopted by petitioner was reasonably
9  calculated to give respondents timely actual notice of these proceedings, and that it
10 comports with the Due Process Clause in U.S. Const. Amend. V and the purposes of Fed.
11 R. Civ. P. 4(e).  Judge McAuliffe recommended that the summonses be enforced.  Neither
12 side filed objections to the Magistrate Judge's findings and recommendations.
13     I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(C) and Local
14 Rule 72-304.  I am satisfied that the Magistrate Judge's findings and recommendations
15 are supported by the record and by proper analysis, and that the requested and unopposed
16 summons enforcement should be granted.  Accordingly, it is hereby ORDERED as
17 follows:
18     The Magistrate Judge's Findings and Recommendations Re: I.R.S.
19 Summons Enforcement, filed January 20, 2012, are ADOPTED IN FULL.
20     1.    The I.R.S. summonses issued to respondents Freddy Viscarra and Veronica
21 Viscarra are ENFORCED.
22     2.    Respondents, Freddy Viscarra and Veronica Viscarra, are ORDERED to
23 appear at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California, 93721,
24 before Revenue Officer David M. Lopez, or his designated representative, within 21 days
25 of the issuance of this order, or at an alternate time and date to be set by Revenue Officer
26 Lopez, then and there to be sworn, to give testimony, and to produce for examining and
27
28

[PROPOSED] ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONSES

1 copying the books, checks, records, papers and other data demanded by the summonses,
2 the examination to continue from day to day until completed.
3     3.    The Clerk shall serve this and future orders by mail to Freddy Viscarra and
4 Veronica Viscarra, at 19754 E. Parlier Ave., Reedley, CA 93654-9771.
5     4.    The Court shall retain jurisdiction to enforce its order.
6     5.    The United States shall inform the Court regarding Respondents'
7 compliance with this order.
8 IT IS SO ORDERED.
9
10 Dated:   February 17, 2012                              CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONSES