BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cv-01969-AWI-BAM |
| Petitioner, | **ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** |
| v. | |
| FREDDY VISCARRA and VERONICA VISCARRA, | Date: Monday, October 22, 2012<br>Time: 1:30 p.m.<br>Ctrm: 2, 8th Floor |
| Respondent. | |

Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, including the declaration of Revenue Officer DAVID M. LOPEZ, it is hereby:

ORDERED that the respondents, FREDDY VISCARRA and VERONICA VISCARRA, appear before United States Chief District Judge Anthony W. Ishii, in that Judge's courtroom in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on **Monday, October 22, 2012, at 1:30 p.m.**, and that respondents show cause as follows:

////

[Proposed] ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT    Page 1

1. Why respondents, FREDDY VISCARRA and VERONICA VISCARRA, should not be held in civil contempt of this Court for their failure to comply with the Order filed on February 22, 2012, directing respondents to comply with the I.R.S. Summonses issued on July 12, 2011.

2. Why the respondents should not be incarcerated and ordered to pay a daily fine until they comply with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within 7 calendar days after the filing of this Order, the respondents shall file and serve a written response to the Petition re: Civil Contempt of Order Filed February 22, 2012.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

Respondents are hereby notified that a failure to comply with this Order will subject respondents to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

Dated:     September 20, 2012             _____
                                          CHIEF UNITED STATES DISTRICT JUDGE