1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Petitioner United States of America

8           UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )   Case No. 1:11-cv-01969-AWI-BAM
                                       )
12                                     )
            Petitioner,                )   **ORDER TO SHOW CAUSE RE: CIVIL**
13                                     )   **CONTEMPT**
         v.                            )
14                                     )
                                       )   Date: Monday, October 22, 2012
15 FREDDY VISCARRA and                 )   Time: 1:30 p.m.
   VERONICA VISCARRA,                  )   Ctrm: 2, 8th Floor
16                                     )
                                       )
17                                     )
            Respondent.                )
18                                     )
                                       )
19 _____  )

20      Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the

21 Eastern District of California, including the declaration of Revenue Officer DAVID M.

22 LOPEZ, it is hereby:

23      ORDERED that the respondents, FREDDY VISCARRA and VERONICA

24 VISCARRA, appear before United States Chief District Judge Anthony W. Ishii, in that

25 Judge's courtroom in the United States Courthouse, 2500 Tulare Street, Fresno,

26 California, 93721, on **Monday, October 22, 2012, at 1:30 p.m.**, and that respondents

27 show cause as follows:

28 ////

1.   Why respondents, FREDDY VISCARRA and VERONICA VISCARRA, should not be held in civil contempt of this Court for their failure to comply with the Order filed on February 22, 2012, directing respondents to comply with the I.R.S. Summonses issued on July 12, 2011.

2.   Why the respondents should not be incarcerated and ordered to pay a daily fine until they comply with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within 7 calendar days after the filing of this Order, the respondents shall file and serve a written response to the Petition re: Civil Contempt of Order Filed February 22, 2012.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

Respondents are hereby notified that a failure to comply with this Order will subject respondents to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

Dated:   September 20, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE