

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | No CV-11-1969-AWI |
| vs. | ORDER OF RELEASE |
| FREDDY VISCARRA<br>VERONICA VISCARRA | |
| Defendant. | |

The above named defendants are ordered to appear at the Internal Revenue Office on Tuesday November 20, 2012 at 9:00 a.m. with the required documentation. They are further ordered to appear in this court on Monday December 10, 2012 at 1:30 p.m. unless discharged earlier by the court.

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.

DATED: 11-15-12

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm