BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900

Attorneys for Petitioner, United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cv-01969-AWI-BAM |
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| FREDDY VISCARRA and VERONICA VISCARRA, | Taxpayers: **FREDDY VISCARRA and VERONICA VISCARRA** |
| Respondent. | |

TO THIS HONORABLE COURT:

    PLEASE TAKE NOTICE that in petitioner's view, respondents have sufficiently complied with the summonses being enforced here. The case can and should be closed.

Date: November 28, 2012

BENJAMIN B. WAGNER
United States Attorney

By: */s/ YHimel*
YOSHINORI H. T. HIMEL
Assistant United States Attorney

**Petitioner's Notice of Compliance; Order Closing File**   1

**ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

Dated:   November 29, 2012

_____
UNITED STATES DISTRICT JUDGE

**Petitioner's Notice of Compliance; Order Closing File**                               2